U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 3 0 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| COLUMBUS PHILLIPS | CIVIL ACTION NO.02-0766 |
| -vs- | SECTION "A" (JUDGE LITTLE) |
| CORRECTIONS CORP. OF AM., ET AL | |

## RULING

The opposition by the plaintiff to the motion for summary judgment filed by the defendant is due 13 February 2006. It is premature to hold a pretrial conference on 7 February 2006. Accordingly, the conference scheduled for 7 February 2006 is postponed. A new conference date will be set, if necessary, after this court decides the motion for summary judgment.

Alexandria, Louisiana

30 January 2006

F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE