UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

**COLUMBUS PHILLIPS**

**CIVIL ACTION NO. 02-0766**

**-vs-**

**JUDGE LITTLE**

**CORRECTIONS CORPORATION OF AMERICA, ET AL.**

## JUDGMENT

For the reasons stated in the court's memorandum ruling entered on this day, the motion for summary judgment filed by defendants Corrections Corporation of America and Tim Wilkinson [Doc. #21] is GRANTED. Summary judgment in favor of defendant Richard L. Stalder is also GRANTED. Plaintiff Columbus Phillips' action against all defendants is DISMISSED WITH PREJUDICE.

Alexandria, Louisiana

9 May 2006

F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE